IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON BYRN,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | Case No. 1:15-cv-00923-LJO-SAB<br><br>**ORDER DISMISSING AND CLOSING CASE BASED UPON THE STIPULATION OF ALL PARTIES (Doc. 9)** |

Upon consideration of the Stipulation for Voluntary Dismissal Without Prejudice (ECF No. 9), filed by Plaintiff Jason Byrn and Defendants Brown, Beard, Cate, and Wofford, this Court approves the parties' stipulation and ORDERS this action dismissed in its entirety without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: September 29, 2015**

                                            **/s/ Lawrence J. O'Neill**
                                            **United States District Judge**